## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Diego Santiago, Jr., | ) | Bankruptcy Case No. 22-09903 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |

### NOTICE OF MOTION

TO:   See attached certificate of service

**PLEASE TAKE NOTICE THAT** on **October 28, 2022**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, electronically as described below, and present **Wintrust Mortgage's Motion for Relief from the Automatic Stay and Co-Debtor Stay** (the "Motion").

**All parties in interest, including the movant, may appear for the presentment of the motion electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971, and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                                                       **WINTRUST BANK,**
a division of Barrington Bank & Trust Company, N.A.

By:   s/ Morgan I. Marcus
        One of its Attorneys

Morgan I. Marcus ARDC #6309607
CARLSON DASH, LLC
216 S. Jefferson St., Suite 504
Chicago, IL 60661
Telephone: (312) 382-1600
E-mail: mmarcus@carlsondash.com

1

# CERTIFICATE OF SERVICE

      Under penalties as provided by law, I, Morgan I. Marcus, the undersigned attorney, certify that on October 13, 2022, I served a true and correct copy of the foregoing **Notice of Motion** and **Wintrust Mortgage's Motion for Relief from the Automatic Stay and Co-Debtor Stay** on all parties registered to received electronic notice via the Court's CM/ECF system, and on the parties listed below, by depositing the same in the U.S. Mail, with proper postage pre-paid, addressed as follows:

*Via ECF:*
Adam Suchy
Geraci Law L.L.C.
55 East Monroe St. Suite #3400
Chicago, IL 60603
ndil@geracilaw.com

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Glenn B. Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532
stearns_g@lisle13.com

*Via US Mail*
Diego Santiago, Jr.
229 E. Vermont St.
Villa Park, IL 60181

Ivette Sosa
229 E. Vermont St.
Villa Park, IL 60181

                                                                 s/ Morgan I. Marcus

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| Diego Santiago, Jr., | ) Bankruptcy Case No. 22-09903 |
| | ) |
| Debtor. | ) Judge Janet S. Baer |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY; WAIVER OF THIRTY DAY STAY UNDER BANKRUPTCY CODE § 362(e); WAIVER OF FOURTEEN DAY STAY UNDER FED. R. BANKR. P. 4001(a)(3)**

NOW COMES Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. (the "Bank" or "Wintrust Mortgage"), by and through its attorneys, Carlson Dash, LLC and respectfully moves the Court, pursuant to 11 U.S.C. § 362(d), Fed. R. Bank. P. 4001, and 11 U.S.C. § 1301(c), for the entry of an Order granting the Bank a modification from the Automatic Stay and Co-Debtor Stay, and allowing the Bank to pursue its rights and remedies under the Note (as hereinafter defined) as to the Property (as hereinafter defined) of the Debtor and Co-Debtor. In support hereof, the Bank states as follows:

1. On or about August 31, 2018, Diego Santiago, Jr. ("Santiago" or "Debtor") and Ivette Sosa ("Sosa" or "Co-Debtor") executed a Note in the original principal amount of $230,743.00 in favor of Key Mortgage Services, Inc. (the "Note") for the property located at 229 E. Vermont St., Villa Park, Illinois 60181 (the "Property"). This Property serves as collateral for the Note. A copy of the Note is attached as **Exhibit A.**

2. On or about August 31, 2018, Diego Santiago, Jr. and Ivette Sosa executed a Mortgage as a security instrument of the promise to pay the Note. A copy of the Mortgage is attached as **Exhibit B.**

3. The mortgage was recorded on September 10, 2018 in DuPage County, Illinois whereby the security interest was perfected. *Id.*

1

4. The Note was assigned to Wintrust Mortgage, a division of Barrington Bank & Trust Co., N.A. A copy of the Allonge is attached as **Exhibit C**.

5. The Mortgage was assigned to Wintrust Mortgage, a division of Barrington Bank & Trust Co., N.A. A copy of the Assignment of Mortgage is attached as **Exhibit D**.

6. On August 13, 2020, the Debtor and Co-Debtor executed a loan modification agreement and Partial Claim Mortgage with the Secretary of Housing and Urban Development. A copy of the Loan Modification and Partial Claim Mortgage is attached hereto as **Exhibit E**.

7. On August 31, 2022, Diego Santiago, Jr. filed the instant Chapter 13 Voluntary Bankruptcy Petition in the Northern District of Illinois Bankruptcy Court.

8. Santiago has expressed in his Chapter 13 Plan his interest to surrender the Property. A copy of the Chapter 13 Plan filed with this Court is attached as **Exhibit F**.

9. As of September 9, 2022, Santiago and Sosa have defaulted on payments since February 1, 2022 through September 1, 2022. A copy of the payment history as of September 9, 2022, is attached as **Exhibit G.**

10. Further, Santiago and Sosa owed at least $13,171.29 as of September 9, 2022 which includes but it is not limited to the principal, interest to September 9, 2022, escrow, late charges, any attorneys' fees and costs, field visits, any property inspection and preservation fees. *See* Ex. F. This amount does not include any additional interest that continues to accrue daily at a rate of $19.71651396. The Payoff Statement (the "Payoff") as of August 31, 2022 is attached as **Exhibit H.**

11. As of August 31, 2022 (the "Petition Date"), the total payoff on the Property was $239,198.60. *See* Ex. G. This amount includes the Partial Claim owed to the Secretary of Housing and Urban Development in the amount of $34,013.19. *Id.*

12. As of September 9, 2022, the value of the property was $308,000. A copy of the property value is attached as **Exhibit I**.

13. The default in making payments provides basis for the Court to grant relief from the automatic stay for the Property pursuant to 11 U.S.C. § 362(d)(1) because the Bank lacks adequate protection of its interest in the Property.

14. Further, Santiago wishes to surrender the Property pursuant to his Chapter 13 Plan filed in the instant bankruptcy petition.

15. Upon information and belief, there is one other entity or party that may have a legal or equitable interest in the Property besides Wintrust Mortgage. See attached Required Statement as **Exhibit J**.

16. Additionally, the Bank seeks relief from the Co-Debtor stay as to Ivette Sosa given that (a) Sosa received consideration for the claim held by the Bank given that she executed the Mortgage and the Note, (b) the plan filed by the Debtor proposes to surrender the Property, and (c) the Bank's interest in the Property will be irreparably harmed by the continuation of such stay in light of the failure to satisfy the default on the Note and Debor's intention.

17. The Bank requests that the effectiveness of the order granting this motion not be stayed pursuant to 11 U.S.C. § 362(e) thirty-day stay and Fed. R. Bankr. P.4001(a)(3) 14-day stay as it respectfully argues that no cause exists to delay the enforcement and implementation of relief in light of the failure to satisfy the default on the Note and Debtor's intention.

18. The Note provides that the Bank may recover all of its costs and expenses in enforcing the Note to the extent not prohibited by applicable law, including reasonable attorneys' fees.

19. As a result, the Bank is entitled to its attorneys' fees in enforcing this Motion and other attorneys' fees in enforcing the Note.

**WHEREFORE**, the Bank requests that this Court enter an Order: (a) modifying and terminating the automatic stay as to the Debtor and Co-Debtor in favor of the Bank to enable it to exercise its state law remedies and rights with respect to the Property, including its right to sell or foreclose on the Property; (b) waiving the 30-day stay imposed by 11 U.S.C. § 362(e); (c) waiving the 14-day stay imposed by Fed. R. Bankr. P.4001(a)(3); (d) granting an award of reasonable attorneys' fees; and (e) granting such other relief as is equitable and just.

Dated: October 13, 2022                                                              Respectfully Submitted,

                                                                                     s/ Morgan I. Marcus
                                                                                     Morgan I. Marcus
                                                                                     IL Bar No. 6309607
                                                                                     Carlson Dash, LLC
                                                                                     216 S. Jefferson St. Suite 504
                                                                                     Chicago, IL 60661
                                                                                     312-382-1600
                                                                                     mmarcus@carlsondash.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| Diego Santiago, Jr., | ) Bankruptcy Case No. 22-09903 |
| | ) |
| Debtor. | ) Judge Janet S. Baer |

**SUMMARY OF EXHIBITS**

The following exhibits pertain to the Motion of Wintrust Mortgage For Relief From Automatic Stay and Co-Debtor Stay; Waiver Of Thirty Day Stay Under Bankruptcy Code § 362(E); Waiver Of Fourteen Day Stay Under Fed. R. Bankr. P. 4001(a)(3) filed on September 14, 2022:

- A. Note
- B. Mortgage
- C. Allonge to Note
- D. Assignment of Mortgage
- E. Loan Modification
- F. Chapter 13 Plan
- G. Payment History
- H. Payoff Statement
- I. Property Valuation
- J. Required Statement
- K. Proposed Order

Dated:   October 13, 2022          Respectfully submitted,

                                    WINTRUST MORTGAGE, a Division
                                    of Barrington Bank & Trust Co., N.A.


                                    By: s/ Morgan I. Marcus

Morgan I. Marcus (IL Bar #6309607)
Carlson Dash, LLC
216 S. Jefferson St., Suite 504
Chicago, IL 60661
T: (312) 382-1600
E-mail: mmarcus@carlsondash.com

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that true and accurate copies of all of the above exhibits were served electronically, or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the U.S. Mail on October 13, 2022, before the hour of 5:00 p.m.

*Via ECF:*
Adam Suchy
Geraci Law L.L.C.
55 East Monroe St. Suite #3400
Chicago, IL 60603
ndil@geracilaw.com

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Glenn B. Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532
stearns_g@lisle13.com

*Via US Mail*
Diego Santiago, Jr.
229 E. Vermont St.
Villa Park, IL 60181

Ivette Sosa
229 E. Vermont St.

Villa Park, IL 60181

                                                  <u>s/ Morgan I. Marcus</u>
                                                  Morgan I. Marcus